IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHRISTOPHER ODEN,**

    Petitioner,

v.                                     Civil Action No. **3:15CV196**

**ERIC D. WILSON,**

    Respondent.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Oden's first objection is SUSTAINED to the extent the Court changes the name of the sentencing court;

2. Oden's remaining objections are OVERRULED;

3. The Report and Recommendation is ACCEPTED and ADOPTED; and

4. The action is DISMISSED for lack of jurisdiction.

Should Oden desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Oden.

And it is so ORDERED.

Date: 1/11/16
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge